```
DAVID M. MICHAEL, SBN 74031
LAW OFFICES OF DAVID M. MICHAEL
The DeMartini Historical Landmark Building
294 Page Street
San Francisco, CA 94102
Telephone: (415) 621-4500
Facsimile:  (415) 621-4173

Attorney for Defendant
KENNETH DEAN AFFOLTER
```

**FILED**

APR 2 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH DEAN AFFOLTER, <br><br> Defendant. | No. CR 06 00217 DLJ [WDB] <br><br> SUBSTITUTION OF ATTORNEYS |

Defendant KENNETH DEAN AFFOLTER hereby substitutes attorney DAVID M. MICHAEL, 294 Page Street, San Francisco, CA 94102, Telephone: (415) 621-4500 as his attorney of record in the above-entitled matter in the place and stead of attorney ~~RICHARD~~ ROBERT BYERS, 1999 Harrison Street, Oakland, CA, Telephone: (510) 601-0111.

Dated: 4·16·06 2006

_____
KENNETH DEAN AFFOLTER, Defendant

I accept the above substitution.

Dated: 13 April 2006

_____
DAVID M. MICHAEL, Attorney

I consent to the above substitution.

Dated: _____ 2006

_____
~~RICHARD~~ Robert BYERS, Attorney

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

4-21-06
DATE

Notice of Appearance
Case No. CR 06 00217 DLJ [WDB]

```
 1 | DAVID M. MICHAEL, SBN 74031
   | LAW OFFICES OF DAVID M. MICHAEL
 2 | The DeMartini Historical Landmark Building
   | 294 Page Street
 3 | San Francisco, CA 94102
   | Telephone: (415) 621-4500
 4 | Facsimile:  (415) 621-4173
 5 | Attorney for Defendant
   | KENNETH DEAN AFFOLTER
 6 |
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CR 06 00217 DLJ [WDB] |
| v. | SUBSTITUTION OF ATTORNEYS |
| KENNETH DEAN AFFOLTER, | |
| Defendant. | |

Defendant KENNETH DEAN AFFOLTER hereby substitutes attorney DAVID M. MICHAEL, 294 Page Street, San Francisco, CA 94102, Telephone: (415) 621-4500 as his attorney of record in the above-entitled matter in the place and stead of attorney Robert RICHARD BYERS, 1999 Harrison Street, Oakland, CA, Telephone: (510) 601-0111.

Dated: _____ 2006

_____
KENNETH DEAN AFFOLTER, Defendant

I accept the above substitution.

Dated: _____ 2006

_____
DAVID M. MICHAEL, Attorney

I consent to the above substitution.

Dated: 4/14/ 2006

_____
RICHARD BYERS, Attorney
Robert

Notice of Appearance
Case No. CR 06 00217 DLJ [WDB]