FILED

JUL 31 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Kenneth Dean Affolter<br>Amy Teresa Arata<br>Jesse Cole Monko<br>Elizabeth Ramirez<br>Camilo Ruiz Rodriguez<br>Jaime Alvarez Lopez<br>Barbara Alvarez<br>Nathan Manuel Woodard<br>~~[redacted]~~<br>Teresa Rojas,<br><br>　　　　Defendant.<br>_____/ | No. CR-06-00217-DLJ<br><br>**ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE JAMES<br>LARSON** |

　　　IT IS HEREBY ORDERED that the above entitled case is referred to Magistrate Judge James Larson for the purpose of holding criminal settlement conference(s).
　　　Defense counsel are to contact the chambers of Magistrate Judge James Larson to make arrangements for such conferences.

Dated: 7-31-06

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　D. Lowell Jensen
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

KENNETH DEAN AFFOLTER, ET AL. et al,

        Defendant.
_____/

Case Number: CR06-00217 DLJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Camellia Baray
Bonjour, Thorman, Baray & Billingsley
24301 Southland Drive, Suite 312
Hayward, CA 94545

Dana R. Wagner
United States Attorney's Office
450 Golden Gate Ave. Box 36055
San Francisco, CA 94102

David M. Michael
Law Offices Of David M. Michael
The DeMartini Historical Landmark Blgd.
294 Page Street
San Francisco, CA 94102

Garrick S. Lew
Law Office of Garrick S. Lew
600 Townsend Street
Suite 329E
San Francisco, CA 94102

Harry C. Singer
117 Beaumont St.
San Francisco, CA 94118

Nina Wilder
Weinberg & Wilder
523 Octavia Street
San Francisco, CA 94102

Randall G. Knox
870 Market Street, Suite 1152
San Francisco, CA 94102

Randolph Elliott Daar
Pier 5 Law Offices
506 Broadway
San Francisco, CA 94133

Randy Sue Pollock
Attorney at Law
2831 Telegraph Avenue
Oakland, CA 94609

Robert F. Waggener
Law Office of Robert Waggener
214 Duboce Ave
San Francisco, CA 94103

Susan Marie Raffanti
Law Office of Susan Raffanti
469 Ninth Street, Suite 200
Oakland, CA 94607

Copy to Judge Larson

Copy to Wings Hom


Dated: July 31, 2006

                        Richard W. Wieking, Clerk

                        By: Frances Stone, Deputy Clerk