```
 1  RANDOLPH E. DAAR, SBN 88195
    506 Broadway
 2  San Francisco CA 94133
    Telephone: 415/986-5591
 3  Facsimile: 415/421-1331

 4  Attorney for Defendant
    KENNETH AFFOLTER
 5
```

FILED
AUG 16 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>KENNETH AFFOLTER, et al.,<br><br>      Defendants.<br>_____/ | CR 06-00217-DLJ<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date:  August 18, 2006<br>Time:  9:00 a.m.<br>Judge Jensen |

THE PARTIES HEREBY STIPULATE AND AGREE that the Status Conference in the above-entitled matter, presently scheduled for August 18, 2006, shall instead take place on August 25, 2006.

This continuance is necessary due to scheduling difficulties. The only date Assistant United States Attorney Dana Wagner is available to participate in the criminal settlement conference is August 23, 2006.

The time from August 18, 2006 to August 25, 2006 is excluded under the Speedy Trial Act for continuity of counsel and effective preparation of counsel.

Dated: August 16, 2006

/s/DANA R. WAGNER                         /s/DAVID M. MICHAEL
DANA R. WAGNER                            DAVID M. MICHAEL
Assistant U.S. Attorney                   Attorney for K. Affolter

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

```
 1                                          /s/RANDOLPH E. DAAR
                                            RANDOLPH E. DAAR
 2                                          Attorney for K. Affolter

 3  /s/NINA WILDER
    NINA WILDER
 4  Attorney for AMY TERESA ARATA

 5
    /s/CAMELLIA BARAY
 6  CAMELLIA BARAY
    Attorney for ELIZABETH RAMIREZ
 7

 8  /S/ROBERT WAGGENER
    ROBERT WAGGENER
 9  Attorney for BARBARA ALVAREZ

10
    /s/SUSAN RAFFANTI
11  SUSAN RAFFANTI
    Attorney for CAMILO RUIZ RODRIGUEZ
12

13  /s/RANDALL KNOX
    RANDALL KNOX
14  Attorney for JAIME ALVAREZ-LOPEZ

15
    /s/HARRY SINGER
16  HARRY SINGER
    Attorney for JESSE MONKO
17

18  /s/GARRICK LEW
    GARRICK LEW
19  Attorney for TERESA ROJAS

20
    /s/MATTHEW SIROKA
21  MATTHEW SIROKA
    Attorney for TERESA ROJAS
22

23  /s/RANDY SUE POLLOCK
    RANDY SUE POLLOCK
24  Attorney for NATHAN WOODARD

25      IT IS SO ORDERED.

26      Dated:  8-16-06

27                                          _____
                                            D. LOWELL JENSEN
28                                          Senior Judge
                                            United States District Court
```

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331