1  RANDOLPH E. DAAR, SBN 88195
   506 Broadway
2  San Francisco CA 94133
   Telephone: 415/986-5591
3  Facsimile: 415/421-1331

4  Attorney for Defendant
   KENNETH AFFOLTER

**FILED**

DEC 04 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH AFFOLTER, et al.,<br><br>　　　　Defendants.<br>_____/ | CR 06-00217-DLJ<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING<br><br>Date: December 15, 2006<br>Time: 10:00 a.m.<br>Judge Jensen |

　　THE PARTIES HEREBY STIPULATE AND AGREE that the Sentencing in the above-entitled matter, presently scheduled for December 15, 2006, shall be continued to Tuesday, January 23, 2007, at 11:00 a.m.

　　Dated: November 28, 2006

/s/DANA R. WAGNER
DANA R. WAGNER
Assistant U.S. Attorney

/s/DAVID M. MICHAEL
DAVID M. MICHAEL
Attorney for K. Affolter

/s/RANDOLPH E. DAAR
RANDOLPH E. DAAR
Attorney for K. Affolter

**IT IS SO ORDERED.**

　　Dated: Dec 4, 2006

_____
D. LOWELL JENSEN
Senior Judge
United States District Court

IER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331