1 | RANDOLPH E. DAAR, SBN 88195
506 Broadway
2 | San Francisco CA 94133
Telephone: 415/986-5591
3 | Facsimile: 415/421-1331

4 | Attorney for Defendant
KENNETH AFFOLTER

5

**FILED**

JAN 1 0 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
7 | OAKLAND DIVISION

8 | UNITED STATES OF AMERICA,

9 |            Plaintiff,            CR 06-217

10 |     v.                          STIPULATION AND (~~PROPOSED~~)
                                     ORDER TO CONTINUE SENTENCING
11 | KENNETH AFFOLTER, et al.,
                                     Date: January 23, 2007
12 |            Defendants.          Time: 11:00 a.m.
      _____/     Judge Jensen

13

14 |     Defense counsel has had difficulties completing Mr.

15 | Affolter's previously-scheduled psychological evaluation.  The

16 | government has kindly agreed, for a second time, to continue the

17 | Sentencing in the above-entitled matter, presently scheduled for

18 | January 23, 2007, to March 2, 2007, at 11:00 a.m.

19 |     Dated: January 8, 2007

20

    /s/DANA R. WAGNER               /s/DAVID M. MICHAEL
21 | DANA R. WAGNER                  DAVID M. MICHAEL
    Assistant U.S. Attorney         Attorney for K. Affolter
22

23                                  /s/RANDOLPH E. DAAR
                                    RANDOLPH E. DAAR
24                                  Attorney for K. Affolter

25 |    **IT IS SO ORDERED.**

26 |    Dated: 1-10-07

27
                                    _____
                                    D. LOWELL JENSEN, Judge
28                                  United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331